ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| EFS Ebrex Sarl | ) ASBCA Nos. 64073-ADR, 64074-ADR |
| | ) 64075-ADR, 64194-ADR |
| | ) 64195-ADR, 64196-ADR |
| | ) 64197-ADR |
| | ) |
| Under Contract No. SPE300-20-D-4067 | ) |

APPEARANCES FOR THE APPELLANT:     John R. Prairie, Esq.
J. Ryan Frazee, Esq.
  Mayer Brown LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Steven M. Sosko, Esq.
  DLA Chief Trial Attorney
Ryan P. Hallisey, Esq.
Kelly L. Diaz-Albertini, Esq.
Lindsay A. Salamon, Esq.
Robert L. Kieffer, Esq.
Michael Monajemi, Esq.
  Trial Attorneys
  DLA Troop Support
  Philadelphia, PA

ORDER OF DISMISSAL

Following a successful mediation before the Board, the parties have settled their dispute and jointly move to dismiss these appeals with prejudice. We grant the motion and dismiss these appeals with prejudice.

Dated: April 30, 2026

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64073-ADR, 64074-ADR, 64075-ADR, 64194-ADR, 64195-ADR, 64196-ADR, 64197-ADR, Appeals of EFS Ebrex Sarl, rendered in conformance with the Board's Charter.

Dated:  April 30, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals